DAVID H. SMITH, WSBA #10721
Garvey Schubert Barer
Eighteenth Floor
1191 Second Avenue
Seattle, WA 98101-2939
206 464 3939

Attorneys for Third-Party Defendant
Wentwood Rollingbrook, L.P.

Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| EQUITY FUNDING, LLC, a Washington limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation,<br><br>          Defendant.<br><br>ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation,<br><br>          Defendant/Third-Party Plaintiff,<br><br>WENTWOOD ROLLINGBROOK, L.P., a Delaware limited partnership,<br><br>          Third-Party Defendant. | NO. 12-05359-BHS<br><br>**ORDER GRANTING MOTION TO WITHDRAW DOCUMENT #15**<br><br>**Note on Motion Calendar: September 14, 2012** |

THIS MATTER came before the Court on Defendant/Third-Party Defendant Wentwood Rollingbrook, L.P.'s Motion to Withdraw Document #15 and all other briefing, files and records contained herein, and being fully advised in the premises, **IT IS HEREBY**

ORDER GRANTING MOTION TO WITHDRAW DOCUMENT #15 - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1     **ORDERED** that Defendant/Third-Party Defendant Wentwood Rollingbrook, L.P.'s

2 Motion to Withdraw Document #15 is **GRANTED**.

3     It is further

4     **ORDERED** that Document #15 shall remain on the docket with no force or effect.

6     DONE this 26th day of September, 2012.

                                      BENJAMIN H. SETTLE
                                      United States District Judge

Presented by:

GARVEY SCHUBERT BARER


By  */s/ David H. Smith*
     David H. Smith, WSBA #10721
Attorneys for Defendant/Third-Party Defendant
Wentwood Rollingbrook, L.P.

GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, WA 98101
Tel: (206) 464-3939
Fax: (206) 464-0125
Email: dsmith@gsblaw.com

ORDER GRANTING MOTION TO WITHDRAW DOCUMENT #15 - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939