1  DAVID H. SMITH, WSBA #10721          Honorable Benjamin H. Settle
   Garvey Schubert Barer
2  Eighteenth Floor
   1191 Second Avenue
3  Seattle, WA 98101-2939
   206 464 3939
4
   Attorneys for Third-Party Defendant
5  Wentwood Rollingbrook, L.P.

6

7

8                       UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF WASHINGTON
9                                AT TACOMA

10

11 | EQUITY FUNDING, LLC, a Washington
     limited liability company,                | NO. 12-05359-BHS
12 |
             Plaintiff,                        | **ORDER GRANTING MOTION TO**
13 |                                           | **WITHDRAW DOCUMENT #15**
             v.
14 |                                           | **Note on Motion Calendar: September 14, 2012**
     ILLINOIS UNION INSURANCE
15   COMPANY, an Illinois corporation,

16           Defendant.

17   ILLINOIS UNION INSURANCE
     COMPANY, an Illinois corporation,
18
19           Defendant/Third-Party Plaintiff,

20
     WENTWOOD ROLLINGBROOK, L.P., a
21   Delaware limited partnership,

22           Third-Party Defendant.

23       THIS MATTER came before the Court on Defendant/Third-Party Defendant

24 Wentwood Rollingbrook, L.P.'s Motion to Withdraw Document #15 and all other briefing, files

25 and records contained herein, and being fully advised in the premises, **IT IS HEREBY**

26

ORDER GRANTING MOTION TO WITHDRAW DOCUMENT #15 - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

1  **ORDERED** that Defendant/Third-Party Defendant Wentwood Rollingbrook, L.P.'s
2  Motion to Withdraw Document #15 is **GRANTED**.
3     It is further
4  **ORDERED** that Document #15 shall remain on the docket with no force or effect.

6     DONE this 26th day of September, 2012.

         _____
         BENJAMIN H. SETTLE
         United States District Judge

Presented by:

GARVEY SCHUBERT BARER


By  */s/ David H. Smith*
    David H. Smith, WSBA #10721
Attorneys for Defendant/Third-Party Defendant
Wentwood Rollingbrook, L.P.

GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, WA 98101
Tel:  (206) 464-3939
Fax:  (206) 464-0125
Email:  dsmith@gsblaw.com

ORDER GRANTING MOTION TO WITHDRAW DOCUMENT #15 - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206 464 3939